

MICHAEL A. CARDOZO
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DONNA A. CANFIELD
*Assistant Corporation Counsel*
phone: (212) 788-8703
fax: (212) 788-8877
mobile: (917) 573-3480
email: dcanfiel@law.nyc.gov

MEMO END[ORSED]

May 20, 2010

**BY FACSIMILE: 212-805-7912**
Honorable Frank Maas
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement:]* Adjourned to 6/1/10 at 2:30 p.m. in Courtroom 20A. F/Maas, USMJ, 5/21/10

Re:  Mauch v. New York City Department of Education, et al.
     Civil Action Number: 10 CV 0835
     NYCLIS Number: 2010-005723

Dear Magistrate Judge Maas:

I am the Assistant Corporation Counsel assigned to represent the defendants in the above-referenced matter.

I write to respectfully request an adjournment of the May 24, 2010 settlement conference in the above-referenced. I have attempted to contact plaintiff's counsel, but have been unsuccessful in reaching him to verify whether he consents to this request. This is the defendants' first request for an adjournment of the settlement conference.

Defendants make this request because we expect to meet with the New York City Comptroller's office on May 26, 2010 as to whether there will be authority for settlement. As such, defendants are requesting an adjournment of the settlement conference for a date after May 26, 2010.

I thank you in advance for your consideration of this request.

Respectfully submitted,

Donna A. Canfield
Assistant Corporation Counsel
dcanfiel@law.nyc.gov